Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

FILED

2007 MAY 14 P 2: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NATURAL SELECTION FOODS, LLC
dba EARTHBOUND FARMS,

   Plaintiff,

vs.

RIVER RANCH FRESH FOODS, LLC.,

   Defendant.

Case No.:

C07 02548 HRL

BY FAX

PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff, Natural Selection Foods, LLC dba Earthbound Farms, (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, and certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//
//
//
//
//

Plaintiff's Rule 7.1 Corporate Disclosure Statement                                      Page 1 of 2

| | |
|---|---|
| 1 | Respectfully submitted on Monday, May 14, 2007. |
| 2 | MEUERS LAW FIRM, P.L. |
| 3 | |
| 4 | *[signature]* |
| 5 | Lawrence H. Meuers, Esq. (SBN 197663)<br>Katy Koestner Esquivel, Esq. |
| 6 | (Florida Bar No. 0159484)<br>5395 Park Central Court |
| 7 | Naples, Florida  34109<br>Telephone: (239) 513-9191 |
| 8 | Facsimile:  (239) 513-9677<br>lmeuers@meuerslawfirm.com |
| 9 | kesquivel@meuerslawfirm.com |
| 10 | Attorneys for Plaintiff |
| 11 | |
| ... | |
| 28 | |

Plaintiff's Rule 7.1 Corporate Disclosure Statement                                    Page 2 of 2