| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Addr.) | TELEPHONE N | FOR COURT USE ONLY |
|---|---|---|
| Katy K Esquivel, 0159484<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109 | (818) 712-4218<br><br>Ref. No. or File No.<br>none | FILED<br><br>2007 MAY 21  P 2: 43<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS

DEFENDANT:
RIVER RANCH FRESH FOODS, LLC

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07 02548 HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Complaint, Summons, Rule 7.1 Disclosure.

2. Party Served:    RIVER RANCH FRESH FOODS, LLC.    **BY FAX**

3. Person Served:    Karen De Witt - Person authorized to accept service of process

4. Date & Time of Delivery:    May 17, 2007    11:10 am

5. Address, City and State:    1156 ABBOTT STREET
SALINAS, CA 93901

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 64.00

Registered California process server.
County: MONTEREY
Registration No.: 102
Expiration: January 28, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 18, 2007 at Oakland, California.

Signature: _____