```
Joseph Choate, Jr.,   39018
Robert P. Lewis, Jr.  57624
Bradley L. Cornell,  162384
Choate & Choate
2596 Mission Street
Suite 300
San Marino, CA 91108-1679

Tel. 213-623-2297
Fax: 213-623-6429

Attorneys for Defendant
River Ranch Fresh Foods, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>    Plaintiff,<br><br>vs.<br><br>RIVER RANCH FRESH FOODS, LLC,<br><br>    Defendant. | Case No.  C07 02548 HRL<br>[Hon. Howard R. Lloyd]<br><br>NOTICE OF APPEARANCE AS LEAD COUNSEL |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE: That Joseph Choate, Jr., will be acting as lead counsel on behalf of defendant and counterclaims River Ranch Fresh Foods, LLC., in the above-entitled action.

DATED: 11 June 2007

                                            CHOATE & CHOATE

                                            Joseph ~~Choate, Jr.~~
                                            ~~Counsel for~~ Defendant and
                                            Counterclaimant
                                            River Ranch Fresh Foods

jc\files\riverr\ntc.533#145

1

---

Notice of Appearance as Lead Counsel

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.
I am employed in the office of a member of the bar of this court at whose direction the service was made.
I am over the age of 18 and not a party to the within action; my business address is 2596 Mission Street, Suite 300, San Marino, CA 91108-1679.

On the date set forth below I served the following document(s):

Notice of Appearance of Joseph Choate, Jr., as Lead Counsel

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as follows:

Lawrence H. Meuers, Esq.
Katy Koestner Esquivel, Esq.
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109-5932

Executed on 11 June 2007, at San Marino, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Glenellen Maxwell

Notice of Appearance as Lead Counsel