Katy Koestner Esquivel, Esq. (FL Bar No. 0159484)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
Kesquivel@meuerslawfirm.com

**FILED**
2007 JUN 20  A 11: 12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Natural Selection Foods, LLC
dba Earthbound Farms

    Plaintiff(s),

v.

River Ranch Fresh Foods, LLC

    Defendant(s).

CASE NO. C-07-02548-HRL

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, __Katy Koestner Esquivel__, an active member in good standing of the bar of __the Supreme Court of Florida__, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing __Natural Selection Foods, LLC__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    5395 Park Central Court
    Naples, FL 34109
    (239) 513-9191

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2007