**\*E-FILED: 6/22/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>            Plaintiff,<br>   v.<br><br>RIVER RANCH FRESH FOODS, LLC,<br><br>            Defendant. | No. C07-02548 HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>**[Re: Docket No. 7]** |

    On June 20, 2007, Katy Koestner Esquivel (attorney for plaintiff) filed an application for admission pro hac vice pursuant to Civil Local Rule 11-3. The application is deficient because it fails to designate as co-counsel an attorney who is a member of the bar of this court in good standing and who maintains an office within the state of California. *See* Civ. L.R. 11-3(a)(3). Accordingly, the application is denied; however, the denial is without prejudice to submitting a renewed application which corrects the identified deficiency.

    IT IS SO ORDERED.

Dated:   June 22, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

*United States District Court*
*For the Northern District of California*

**5:07-cv-2548 Notice will be electronically mailed to:**

Joseph Choate , Jr jchoate@choatelaw.net

Bradley Lewis Cornell bcornell@choatelaw.net

Lawrence Henry Meuers lmeuers@meuerslawfirm.com, kkoestner@meuerslawfirm.com, lcastle@meuerslawfirm.com, nbucciarelli@meuerslawfirm.com, sdefalco@meuerslawfirm.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**Notice will be mailed to:**

Katy Koestner Esquivel
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109