COOLEY GODWARD KRONISH LLP
MARTIN S. SCHENKER (109828) (mschenker@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
NATURAL SELECTION FOODS, LLC
dba EARTHBOUND FARMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff,<br><br>v.<br><br>RIVER RANCH FRESH FOODS, LLC,<br><br>Defendant. | Case No.  C07-02548 HRL<br><br>**ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff Natural Selection Foods, LLC dba Earthbound Farms

hereby associates Martin S. Schenker and Whitty Somvichian of Cooley Godward Kronish LLP,

101 California Street, 5th Floor, San Francisco, California, 94111 (415) 693-2000, as co-counsel

of record with the firm of Meuers Law Firm, P.L. in this matter.

Dated: June 22, 2007                    COOLEY GODWARD KRONISH LLP


                                        _____/s/_____
                                        Martin S. Schenker
                                        Attorneys for Plaintiff
                                        NATURAL SELECTION FOODS, LLC dba
                                        EARTHBOUND FARMS

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1044889 v1/SF

ASSOCIATION OF COUNSEL
C07-02548 HRL