1  Lawrence H. Meuers, Esq. (SBN 197663)
   MEUERS LAW FIRM, P.L.
2  5395 Park Central Court
   Naples, FL 34109
3  Telephone: (239)513-9191
   Facsimile: (239)513-9677
4  lmeuers@meuerslawfirm.com

5  Attorneys for Plaintiff

6

7

8           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
9                 SAN JOSE DIVISION

10 | NATURAL SELECTION FOODS, LLC | Case No.: 5:07-cv-2548
   | dba EARTHBOUND FARMS,        |
11 |                              |
   |                              | JOINT STIPULATION TO ENLARGE
12 | Plaintiff/Counter-Defendant, | TIME
   |                              |
13 | vs.                          |
   |                              |
14 | RIVER RANCH FRESH FOODS, LLC.,|
15 |                              |
   | Defendant/ Counter-Plaintiff.|
16

17     Counsel for the parties hereby stipulate and agree pursuant to Civil L.R. 6-1(a)
18 that the above-listed Plaintiff/Counter-Defendant is hereby granted an extension of
19 time up to and including July 16, 2007 in which to respond to the Defendants'
20 Counterclaim in the above-titled action.
21     Respectfully submitted on Thursday, June 28, 2007.
22     //
23     //
24     //
25     //
26     //
27     //
28     //

JOINT STIPULATION TO ENLARGE TIME                                    Page 1 of 2

1  CHOATE & CHOATE                    MEUERS LAW FIRM, P.L.
2
3  _____/s/_____               _____/s/_____
4  Joseph Choate Jr (SBN 39018)        Lawrence H. Meuers, Esq. (SBN 197663)
   Bradley Lewis Cornell (SBN 162384)  Katy Koestner Esquivel, Esq.
5  2596 Mission Street                 (Florida Bar No. 0159484)
   #300                                5395 Park Central Court
6  San Marino, CA 91108                Naples, Florida 34109
   Telephone: (213) 623-2297           Telephone: (239) 513-9191
7  Facsimile: (213) 624-6429           Facsimile: (239) 513-9677
   jchoate@choatelaw.net               lmeuers@meuerslawfirm.com
8  bcornell@choatelaw.net              kesquivel@meuerslawfirm.com

9  Attorneys for Defendant/Counter     Attorneys for Plaintiff/Counter-
   Plaintiff                           Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28