Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

Clerk's Use Only

Initial for fee pd.:

FILED
JUL 0 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Natural Selection Foods, LLC
dba Earthbound Farms

             Plaintiff(s),

        v.

River Ranch Fresh Foods, LLC

             Defendant(s).      /

CASE NO. C-07-02548-HRL

**APPLICATION FOR
ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,  Katy Koestner Esquivel           , an active member in good standing of the bar of  the states of Florida and Illinois           , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing  Plaintiff/Counter-Defendant       in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is: Martin S. Schenker, Esq. (SBN 109828)
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: 415/693-2154 Fax: 415/693-2222

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2007