E-FILING

**FILED**

JUL - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

JUL 0 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

c/HRL

# UNITED STATES DISTRICT COURT

Northern District of California

Natural Selection Foods, LLC
dba Earthbound Farms

    Plaintiff(s),

v.

River Ranch Fresh Foods, LLC

    Defendant(s).

CASE NO.   C-07-02548-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Katy Koestner Esquivel, an active member in good standing of the bar of the Supreme Court of Florida whose business address and telephone number (particular court to which applicant is admitted) is

5395 Park Central Court
Naples, FL 34109
(239) 513-9191

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing   Natural Selection Foods, LLC.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 7/3/07

_____
Howard R. LLoyd
United States Magistrate Judge