Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>RIVER RANCH FRESH FOODS, LLC.,<br><br>Defendant/ Counter-Plaintiff. | Case No.: 5:07-cv-2548<br><br>JOINT STIPULATION TO ENLARGE TIME |

Counsel for the parties hereby stipulate and agree pursuant to Civil L.R. 6-1(a) that the above-listed Plaintiff/Counter-Defendant is hereby granted a second extension of time up to and including July 27, 2007 in which to respond to the Defendants' Counterclaim in the above-titled action.

Respectfully submitted on Thursday, July 12, 2007.

//

//

//

//

//

//

//

JOINT STIPULATION TO ENLARGE TIME                                    Page 1 of 2

07/11/2007 16:24 IFAX reception@meurslawfirm.com → Fax Foward 002/002
Jul 11 07 01:24p Choate&Choate/Cornell Law (626) 441-2244 p.2
Case 5:07-cv-02548-JW   Document 13   Filed 07/12/2007   Page 2 of 2

| | | |
|---|---|---|
| 1 | **CHOATE & CHOATE** | **MEUERS LAW FIRM, P.L.** |
| 2 | | |
| 3 | | |
| 4 | Joseph Choate Jr (SBN 39018) | Lawrence H. Meuers, Esq. (SBN 197663) |
| 5 | Bradley Lewis Cornell (SBN 162384)<br>2596 Mission Street<br>#300 | Katy Koestner Esquivel, Esq.<br>(Florida Bar No. 0159484)<br>5395 Park Central Court |
| 6 | San Marino, CA 91108<br>Telephone: (213) 623-2297 | Naples, Florida 34109<br>Telephone: (239) 513-9191 |
| 7 | Facsimile: (213) 624-6429<br>jchoate@choatelaw.net | Facsimile: (239) 513-9677<br>lmeuers@meuerslawfirm.com |
| 8 | bcornell@choatelaw.net | kesquivel@meuerslawfirm.com |
| 9 | Attorneys for Defendant/Counter Plaintiff | Attorneys for Plaintiff/Counter-Defendant |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIPULATION TO ENLARGE TIME