**MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers, Esq. (197663)
Katy Koestner Esquivel (Pro Hac Vice)
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

**COOLEY GODWARD KRONISH LLP**
Martin S. Schenker (109828)
Whitty Somvichian (194463)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
mschenker@cooley.com

Counsel for Plaintiff/Counter-Defendant
Natural Selection Foods, LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>RIVER RANCH FRESH FOODS, LLC.,<br><br>Defendant/ Counter-Plaintiff. | Case No.: 5:07-cv-02548-HRL<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES<br><br>Date:      Tuesday, September 11, 2007<br>Time:     10:00 a.m.<br>Location: Robert F. Peckham Federal Building and United States Courthouse<br>Courtroom 2, 5th Floor<br>280 South First Street<br>San Jose, CA 95113 |

This matter comes before the Court on the Motion of Natural Selection Foods, LLC ("Plaintiff/Counter-Defendant") to Dismiss Counterclaims and To Strike Affirmative Defenses brought under Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 12(f). The Court has considered the Motion, the related papers filed by the parties, oral argument, and such other and

further matters as the Court deemed necessary and appropriate. Good cause appearing therefor:

It is hereby ORDERED that Plaintiff/Counter-Defendant's Motion is GRANTED. The Counterclaims of River Ranch Fresh Foods, LLC ("River Ranch") are hereby dismissed and the Affirmative Defenses are hereby struck from the Answer of River Ranch.

IT IS SO ORDERED.

Dated: _____    _____
                                  THE HONORABLE HOWARD R. LLOYD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1049327 v1/SF                -2-                [PROPOSED] ORDER GRANTING
                                                MOTION TO DISMISS COUNTERCLAIMS
                                                & TO STRIKE AFFIRMATIVE DEFENSES