1  **MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers, Esq. (197663)
2  Katy Koestner Esquivel (Pro Hac Vice)
5395 Park Central Court
3  Naples, FL 34109
Telephone:  (239)513-9191
4  Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
5  kesquivel@meuerslawfirm.com

6  **COOLEY GODWARD KRONISH LLP**
Martin S. Schenker (109828)
7  Whitty Somvichian (194463)
101 California Street, 5th Floor
8  San Francisco, CA 94111-5800
Telephone: (415) 693-2000
9  Facsimile: (415) 693-2222
wsomvichian@cooley.com
10  mschenker@cooley.com

11  Counsel for Plaintiff/Counter-Defendant
Natural Selection Foods, LLC
12

13

14                         UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17
   NATURAL SELECTION FOODS, LLC dba        Case No.:  5:07-cv-02548-HRL
18  EARTHBOUND FARMS,
                                            **PROOF OF SERVICE**
19        Plaintiff/Counter-Defendant,
                                            Date:        Tuesday, September 11, 2007
20        vs.                               Time:        10:00 a.m.
                                            Location:    Robert F. Peckham Federal
21  RIVER RANCH FRESH FOODS, LLC.,                       Building and United States
                                                         Courthouse
22        Defendant/ Counter-Plaintiff.                  Courtroom 2, 5th Floor
                                                         280 South First Street
23  _____        San Jose, CA 95113

24        I am a citizen of the United States and a resident of the State of California.  I am

25  employed in San Francisco County, State of California, in the office of a member of the bar of

26  this Court, at whose direction the service was made.  I am over the age of eighteen years, and

27  not a party to the within action.  My business address is Cooley Godward Kronish LLP, 101

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1049367 v1/SF                          -1-                          PROOF OF SERVICE
                                                           CASE NO. 5:07-CV-02548-HRL

California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below

I served the documents described below in the manner described below:

- **MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES**

- **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR ALL PURPOSES**

- **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

***Counsel for Defendant River Ranch Fresh Foods, LLC***

Joseph Choate, Jr.
Robert P. Lewis, Jr.
Bradley L. Cornell
CHOATE & CHOATE
2596 Mission Street, Suite 300
San Marino, CA 91108-1679

Executed on July 27, 2007, at San Francisco, California.

_____/s/ Myrna M. Yee_____
Myrna M. Yee

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1049367 v1/SF

-2-

PROOF OF SERVICE
CASE NO. 5:07-CV-02548-HRL