**MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers, Esq. (197663)
Katy Koestner Esquivel (Pro Hac Vice)
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

**COOLEY GODWARD KRONISH LLP**
Martin S. Schenker (109828)
Whitty Somvichian (194463)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
mschenker@cooley.com

Counsel for Plaintiff/Counter-Defendant
Natural Selection Foods, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>RIVER RANCH FRESH FOODS, LLC.,<br><br>Defendant/ Counter-Plaintiff. | Case No.: 5:07-cv-02548-HRL<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR ALL PURPOSES** |

Plaintiff/Counter-Defendant Natural Selection Foods, LLC dba Earthbound Farms ("Natural Selection") hereby declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge for all purposes, including in connection with Natural Selection's Motion to Dismiss Counterclaims

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-1-

REQUEST FOR REASSIGNMENT
CASE NO. 5:07-CV-02548-HRL

1  and to Strike Affirmative Defenses, filed concurrently herewith.

2  Respectfully submitted on Friday, July 27, 2007.

3  **COOLEY GODWARD KRONISH LLP**            **MEUERS LAW FIRM, P.L.**

5  _____/s/ Whitty Somvichian_____          _____/s/ Katy Koestner Esquivel_____

6  Martin S. Schenker (109828)                Lawrence H. Meuers (197663)
   Whitty Somvichian (194463)                 Katy Koestner Esquivel (pro hac vice)
7  101 California Street, 5th Floor           5395 Park Central Court
   San Francisco, CA 94111-5800               Naples, Florida  34109
8  Telephone: (415) 693-2000                  Telephone: (239) 513-9191
   Facsimile: (415) 693-2222                  Facsimile:  (239) 513-9677
9  wsomvichian@cooley.com                     lmeuers@meuerslawfirm.com
   mschenker@cooley.com                       kesquivel@meuerslawfirm.com

11 *Co-Counsel for Plaintiff/Counter-Defendant*   *Counsel for Plaintiff/Counter-Defendant*

FILER'S ATTESTATION:

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  July 27, 2007

                                    By:  _____/s/ Whitty Somvichian_____

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-

MOTION TO DISMISS COUNTERCLAIMS & TO STRIKE
AFFIRMATIVE DEFENSES
CASE NO. 5:07-CV-02548-HRL