UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Natural Selection Foods, LLC, doing business as Earthbound Farms,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>River Ranch Fresh Foods, LLC,<br><br>　　　　Defendant.<br>_____/ | No. C07-02548<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 21, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

United States District Court
Northern District of California

Dated: July 31, 2007　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4
5  Joseph Choate , Jr    jchoate@choatelaw.net

   Bradley Lewis Cornell    bcornell@choatelaw.net
6
   Lawrence Henry Meuers    lmeuers@meuerslawfirm.com, kkoestner@meuerslawfirm.com,
7  lcastle@meuerslawfirm.com, nbucciarelli@meuerslawfirm.com, sdefalco@meuerslawfirm.com

8  Martin S. Schenker    mschenker@cooley.com

9  Whitty Somvichian    wsomvichian@cooley.com, myee@cooley.com

10
11
12
13
14
15
16
17
18
**United States District Court**
For the Northern District of California
19
20
21
22
23
24
25
26
27
28

2