**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                             408.535.5364


**July 31, 2007**

**CASE NUMBER:  CV 07-02548 HRL**
**CASE TITLE:  NATURAL SELECTION FOODS LLC-v-RIVER RANCH FRESH**
**FOODS, LLC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/31/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 7/31/07


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA