UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL SELECTION FOODS LLC, | No. C 07-02548 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| RIVER RANCH FRESH FOODS, LLC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Reassignment all previous matters are vacated.  The Case Management Conference previously noticed for August 21, 2007 at 1:30 PM  has been reset to **October 29, 2007 at 10:00 AM before Hon. James Ware** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.  The parties shall file a joint Case Management Conference by October 19, 2007.  Any prior motions noticed before reassignment shall be re-noticed subject to Judge Ware's availability.

Dated:  August 1, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy