**MEUERS LAW FIRM, P.L.**
Lawrence H. Meuers, Esq. (197663)
Katy Koestner Esquivel (Pro Hac Vice)
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com

**COOLEY GODWARD KRONISH LLP**
Martin S. Schenker (109828)
Whitty Somvichian (194463)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
mschenker@cooley.com

Counsel for Plaintiff/Counter-Defendant
Natural Selection Foods, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>RIVER RANCH FRESH FOODS, LLC.,<br><br>Defendant/ Counter-Plaintiff. | Case No.: 5:07-cv-02548-JW<br><br>**PROOF OF SERVICE**<br><br>Date:    Monday, November 5, 2007<br>Time:    9:00 a.m.<br>Location:  Robert F. Peckham Federal Building and United States Courthouse<br>Courtroom 8, 4th Floor<br>280 South First Street<br>San Jose, CA 95113 |

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101

California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- **RE-FILED MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES**

- **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS AND TO STRIKE AFFIRMATIVE DEFENSES**

[X]   (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

on the following part(ies) in this action:

*Counsel for Defendant River Ranch Fresh Foods, LLC*

Joseph Choate, Jr.
Robert P. Lewis, Jr.
Bradley L. Cornell
CHOATE & CHOATE
2596 Mission Street, Suite 300
San Marino, CA 91108-1679

Executed on August 10, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Myrna M. Yee*
　　　　　　　　　　　　　　　　　　　　　　　　　Myrna M. Yee