**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL SELECTION FOODS LLC, | No. C 07-02548 JW |
|       Plaintiff(s), | |
|    v. | CLERK'S NOTICE |
| RIVER RANCH FRESH FOODS, LLC., | |
|       Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for October 29, 2007 at 10:00 AM, has been reset to **November 5, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference statement by October 27, 2007.

Dated: October 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
      Elizabeth Garcia
      Courtroom Deputy