Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATURAL SELECTION FOODS, LLC dba EARTHBOUND FARMS,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>RIVER RANCH FRESH FOODS, LLC.,<br><br>Defendant/ Counter-Plaintiff. | Case No.: 5:07-cv-2548<br><br>JOINT STIPULATION TO DISMISS |

    Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the voluntary dismissal of the above-entitled action, with prejudice. Each party is to bear its own attorneys' fees and costs.

    Respectfully submitted on Thursday, December 20, 2007.

//
//
//
//
//
//
//

1  CHOATE & CHOATE                           MEUERS LAW FIRM, P.L.
2
3  *Joseph Choate, Jr.* by K. Esquivel       *Katy Koestner Esquivel*
   with permission
   _____               _____
   Joseph Choate Jr (SBN 39018)              Lawrence H. Meuers, Esq. (SBN 197663)
4  Bradley Lewis Cornell (SBN 162384)        Katy Koestner Esquivel, Esq.
   2596 Mission Street                       (Florida Bar No. 0159484)
5  #300                                      5395 Park Central Court
   San Marino, CA 91108                      Naples, Florida  34109
6  Telephone: (213) 623-2297                 Telephone: (239) 513-9191
   Facsimile: (213) 624-6429                 Facsimile: (239) 513-9677
7  jchoate@choatelaw.net                     lmeuers@meuerslawfirm.com
   bcornell@choatelaw.net                    kesquivel@meuerslawfirm.com
8
9  Attorneys for Defendant/Counter           Attorneys for Plaintiff/Counter-
   Plaintiff                                 Defendant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28